648 A.2d 776

**CHILDREN'S REHABILITATION CENTER, INC., Appellant,**

v.

**BUTLER COUNTY, MH/MR PROGRAM, Commonwealth of Pennsylvania, Department of Public Welfare.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1994.

Decided Oct. 12, 1994.

Reargument Denied Nov. 28, 1994.

Robert J. Sugarman, Sugarman & Associates and Alan M. Kaplan, Philadelphia, for appellant.

John A. Kane, Chief Counsel, Jason W. Manne, Dept. of Public Welfare, Frank, P. Krizner, Butler County Sol., for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE, and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation.